IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:07-CV-00503-FDW-DCK

| | |
|---|---|
| **HUBER ENGINEERED WOODS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**PACTIV CORPORATION,**<br><br>Defendant. | **ORDER ADMITTING<br>JONATHAN E. MOSKIN TO PRACTICE**<br>*PRO HAC VICE* |

FOR GOOD CAUSE SHOWN, and on Motion of Counsel for Plaintiff and payment of the $250.00 admission fee on behalf of the applicant, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Jonathan E. Moskin be admitted to practice *pro hac vice* before this Court in order to represent Plaintiff Huber Engineered Woods, LLC in the above-captioned case.

Signed: May 14, 2008

David C. Keesler
United States Magistrate Judge