UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:07CV00503-FDW-DCK

| | |
|---|---|
| HUBER ENGINEERED WOODS, LLC ) <br> ) <br> Plaintiff/Counterclaim-Defendant, ) <br> v. ) <br> ) <br> PACTIV CORPORATION, ) <br> ) <br> Defendant/Counterclaim-Plaintiff. ) | ORDER |

This matter comes before the Court on the Motion of Catherine M. Clayton to be admitted to practice before this Court in the above captioned proceeding *Pro Hac Vice*. Finding that Ms. Clayton has complied with the requirements for such admission, the Motion is hereby GRANTED.

IT IS SO ORDERED.

Signed: May 27, 2008

David C. Keesler
United States Magistrate Judge

-1-