# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Civil Action No. 3:07CV00503-FDW-DCK

| | |
|---|---|
| HUBER ENGINEERED WOODS, LLC ) | |
| ) | |
| Plaintiff/Counterclaim-Defendant, ) | |
| v. ) | **ORDER** |
| ) | |
| PACTIV CORPORATION, ) | |
| ) | |
| Defendant/Counterclaim-Plaintiff. ) | |

This matter comes before the Court on the Motion of David E. DeLorenzi to be admitted to practice before this Court in the above captioned proceeding *Pro Hac Vice*. Finding that Mr. DeLorenzi has complied with the requirements for such admission, the Motion is hereby GRANTED.

IT IS SO ORDERED.

Signed: May 27, 2008

David C. Keesler
United States Magistrate Judge

-1-